IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMBER L. YBARRA,                                                                           PLAINTIFF

v.                                             4:23CV00354-LPR-JTK

LITTLE RIVER DETENTION
CENTER, et al.                                                           DEFENDANTS

## ORDER

Amber L. Ybarra ("Plaintiff") filed a pro se Complaint pursuant to 42 U.S.C. § 1983 naming the Little River Detention Center, Detention Center Administrator Gina Butler, and Sheriff Bobby Walraven as Defendants. (Doc. No. 1). The Little River Detention Center is in Ashown, Arkansas, which lies in the Western District of Arkansas.

Because of the Defendants named and allegations made, the Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas. See 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas.

IT IS SO ORDERED this 17th day of April, 2023.

                                                     _____
                                                     JEROME T. KEARNEY
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Id.